OPINION — AG — SENATE BILL NO. 210 DOES NOT REPEAL ANY OF THE PROVISIONS OF THE MENTAL HEALTH LAW OF 1953, AS AMENDED, SPECIFICALLY OR BY IMPLICATION. BY ITS VERY TERMS SENATE BILL NO. 210 IS AN ALTERNATIVE ADMISSION PROCEDURE WHICH IS CUMULATIVE TO THE PROCEDURES PRESCRIBED BY OTHER PROVISIONS OF LAW AND DOES NOT AFFECT THE ADMISSION PROCEDURES BY OTHER PROVISIONS OF LAW. CITE: 43A O.S. 1961 3 [43A-3](C), 43A O.S. 1961 3 [43A-3] [43A-3](N), 43A O.S. 1961 53 [43A-53] (W. J. MONROE)